**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DYSON TECHNOLOGY LIMITED,

      Plaintiff,

v.

AMXWYUS, et al.,

      Defendants.

Case No. 25-cv-10969

**Judge Thomas M. Durkin**

**Magistrate Judge Young B. Kim**

## <u>SATISFACTION OF JUDGMENT</u>

WHEREAS, a judgment was entered in the above action on December 5, 2025 [60], in favor of Plaintiff Dyson Technology Limited ("Plaintiff") and against the Defendants Identified in Schedule A in the amounts detailed in the chart below ("Judgment Amount"), and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Judgment Award | Line No. |
|---|---|---|
| Jiabai | $250 | 44 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 23rd day of April 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Justin R. Gaudio
Justin T. Joseph
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100 Chicago,
Illinois 60606
312.360.0080
312.360.9315 (facsimile)
jgaudio@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*

2